FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 09, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>       v.<br><br>ADAM CANARY, an individual; GEORGE HEIDE, an individual; CW WEED MOWING, a sole proprietorship; and ZILLAH LAKES PROPERTY OWNERS ASSOCIATION, a nonprofit corporation,<br><br>               Defendants. | No.   1:18-cv-03162-SMJ<br><br>**ORDER DISMISSING CASE** |

On July 2, 2019, Plaintiff Evanston Insurance Company filed a notice of voluntary dismissal, ECF No. 7. Defendants Adam Canary, George Heide, CW Weed Mowing, and Zillah Lakes Property Owners Association have served neither an answer nor a summary judgment motion. Consistent with Plaintiff's notice and Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED**:

    1.    Plaintiff's Notice of Dismissal Pursuant to FRCP 41(a)(1)(A)(i), **ECF No. 7**, is **GRANTED**.

    2.    All claims are **DISMISSED WITH PREJUDICE**, with all parties to

ORDER DISMISSING CASE **-** 1

bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 9th day of July 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2